```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


JEFFREY DAVID LUKENS,             )
                                  )
            Petitioner,            )
                                  )
      vs.                          )    No. 4:04-CV-01508 (CEJ)
                                  )
DON ROPER,                         )
                                  )
            Respondent.            )
```

### ORDER

This habeas corpus action is before the Court upon the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig, to whom the matter was referred pursuant to 28 U.S.C. § 636(b). On January 18, 2008, Judge Fleissig issued a Report and Recommendation, recommending that the petition of Jeffrey David Lukens for writ of habeas corpus under 28 U.S.C. § 2254 be denied. No objections to the Magistrate Judge's Report and Recommendation were filed, and the time allowed for doing so has expired.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Audrey G. Fleissig [# 16] is sustained, adopted, and incorporated herein.

**IT IS FURTHER ORDERED** that the petition of Jeffrey David Lukens for habeas corpus relief [# 2] is **denied**.

**IT IS FURTHER ORDERED** that petitioner has failed to make a substantial showing of the denial of a constitutional right and the

Court will not issue a certificate of appealability. See <u>Cox v. Norris</u>, 133 F.3d 565, 569 (8th Cir. 1997).

A separate judgment in accordance with this order will be entered this same date.

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 19th day of February, 2008.